IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00216-WDM-KLM

COOPER & CLOUGH, P.C., a Colorado professional corporation,

     Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Bank corporation,

     Defendant.
_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Motion to Stay Briefing Schedule** [Docket No. 17; Filed March 15, 2011] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

     IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss [Docket No. 15] **within twenty-four calendar days** of the date of resolution of the pending Motion to Exclude Defendant's Exhibit 1 [Docket No. 16].

     Dated:  March 16, 2011