IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00216-WDM-KLM

COOPER & CLOUGH, P.C., a Colorado professional corporation,

     Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Bank corporation,

     Defendant.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Defendant's **Motion for Clarification of Minute Order Dated March 16, 2011** [Docket No. 21; Filed March 17, 2011] (the "Motion").  The Motion seeks an order directing that the Minute Order [Docket No. 20] entered on March 16, 2011 only extends the deadline for Plaintiff to respond to certain arguments raised in Defendant's Motion to Dismiss [Docket No. 15].  Thus, the Motion also seeks an order directing Plaintiff "to respond to the remainder of the arguments made in [Defendant]'s Motion to Dismiss within ten days."  *Motion* [#21] at 3.

     The Court agrees with Plaintiff that "'it makes no sense for the parties, or the Court, to have to deal with the issues presented by the Motion to Dismiss piecemeal in multiple briefs.'"  *Id.*  Accordingly,

     IT IS HEREBY **ORDERED** that the Motion [#21] is **DENIED**.

     IT IS FURTHER **ORDERED** that Plaintiff shall respond to Defendant's Motion to Dismiss [Docket No. 15] **within twenty-four calendar days** of the date of resolution of the pending Motion to Exclude Defendant's Exhibit 1 [Docket No. 16].  Plaintiff is not required to file any partial responses to the Motion to Dismiss before this deadline.

     Dated:  March 18, 2011