IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 11-cv-00216-WDM-KLM

COOPER & CLOUGH, P.C.,

      Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION,

      Defendant.

_____

**ORDER**
_____

This matter is before me on the Plaintiff's self-styled "Withdrawal of Claim Without Prejudice" wherein Plaintiff declares it's withdrawing its Sixth Claim for Relief. In actuality, Plaintiff's complaint alleges two distinct Sixth Claim claims for relief, one for punitive damages and the other for declaratory judgment. *See* ECF No. 2. Because of Plaintiff's reference to C.R.S. § 13-21-102, I infer that Plaintiff seeks to withdraw the punitive damage claim. Since the only responsive pleading to date has been a motion to dismiss, I consider Plaintiff's "Withdrawal" to be Plaintiff's voluntary dismissal prior to the Defendant serving either an answer or motion for summary judgment pursuant to Fed. R. Civ. P. 41(a)(1)(A). Accordingly, I take notice of Plaintiff's voluntary dismissal

and the Sixth Claim for Relief seeking punitive damages is dismissed without prejudice.

DATED at Denver, Colorado, on April 6, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge