IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00216-WDM-KLM

COOPER & CLOUGH, P.C., a Colorado professional corporation,

Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Bank corporation,

Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Entry of Stipulated Confidentiality Agreement and Order** [Docket No. 33; Filed April 15, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Confidentiality Agreement and Order [Docket No. 33-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court, with interlineations, as of the date of this Minute Order.

Dated: April 18, 2011

1