IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00216-WDM-KLM

COOPER & CLOUGH, P.C., a Colorado professional corporation,

   Plaintiff,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Bank corporation,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on the parties' **Joint Motion to Amend Scheduling Order** [Docket No. 42; Filed June 22, 2011] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

   IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 27] is modified to reflect the following new deadlines:

| | |
|---|---|
| Deadline for designating expert witnesses | **August 19, 2011** |
| Deadline for designating rebuttal expert witnesses | **September 19, 2011** |
| Deadline for completing all discovery | **November 11, 2011** |

   Dated:  June 23, 2011