IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  11-cv-00216-CMA-KLM

COOPER & CLOUGH, P.C., a Colorado professional corporation,

    Plaintiff and Counter-Defendant,

v.

U.S. BANK NATIONAL ASSOCIATION, a National Bank corporation,

    Defendant and Counter-Claimant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a joint phone call by counsel for the parties. Counsel informs the Court that this lawsuit has settled.  Accordingly,

    IT IS HEREBY **ORDERED** that the parties shall file dismissal papers on or before **January 10, 2012**.

    IT IS FURTHER **ORDERED** that **Defendant's Motion for Leave to Designate Nonparties at Fault** [Docket No. 68; Filed November 18, 2011] is **DENIED AS MOOT**.

    Dated:  December 27, 2011